UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. RHOADES,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN CAMBRA, et al.,<br><br>    Defendants. | CIV F 02 5476 AWI DLB P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #18) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 18, 2005, plaintiff filed a motion to extend time to file a second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

**Dated:   April 27, 2005**              /s/ Dennis L. Beck
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE