UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. RHOADES,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEIDA, et al.,<br><br>    Defendants. | CV F- 02-5476 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Pending before the Court is plaintiff's amended complaint, filed May 19, 2005. The amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   E. ALAMEIDA

   F.A. BROWN

   R. VOGEL

   D. ADKINSON

2. The Clerk of the Court shall send plaintiff four (4) USM-285 forms, four (4) summons, an instruction sheet and a copy of the amended complaint filed September 17, 2002.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice

1  of Submission of Documents and submit the completed Notice to the court with the following
2  documents:
3     a. Completed summons;
4     b. One completed USM-285 form for each defendant listed above; and
5     c. Five (5) copies of the endorsed amended complaint filed May 19, 2005.
6     4. Plaintiff need not attempt service on defendants and need not request waiver of service.
7  Upon receipt of the above-described documents, the court will direct the United States Marshal to
8  serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of
9  costs.
10    5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of
11 this action.  Local Rule 11-110.

13    IT IS SO ORDERED.
14 **Dated:   September 7, 2005**              **/s/ Dennis L. Beck**
   3c0hj8                                      UNITED STATES MAGISTRATE JUDGE