UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY L. RHOADES, | ) | 1:02-CV-5476 AWI DLB P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #38) |
| STEVEN CAMBRA, et al., | ) ) | |
| Defendants. | ) ) ) | |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On December 12, 2005, defendants filed a motion to extend time to file a responsive pleading. Inasmuch as defendants filed the motion to dismiss on December 19, 2005, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendants motion to extend time is GRANTED nunc pro tunc.

    IT IS SO ORDERED.

**Dated:   March 1, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                                               UNITED STATES MAGISTRATE JUDGE