1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY RHODES,                      1:02-cv-05476-AWI-DLB-P

12                    Plaintiff,           **ORDER ADOPTING FINDINGS AND**
                                           **RECOMMENDATIONS** (Doc. 53)
13   vs.
                                           **ORDER DENYING IN PART AND**
14   ALAMEIDA, et al.,                     **GRANTING IN PART MOTION TO**
                                           **DISMISS** (Doc. 40)
15                    Defendants.
     _____/
16

17        Plaintiff, Gregory Rhoades ("plaintiff"), a state prisoner

18   proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter

20   was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22        On June 14, 2006, the Magistrate Judge filed Findings and

23   Recommendations herein which were served on the parties and which

24   contained notice to the parties that any objections to the

25   Findings and Recommendations were to be filed within thirty (30)

26   days.  To date, the parties have not filed objections to the

27   Magistrate Judge's Findings and Recommendations.

28   //

                                      1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed June 14, 2006,

8  are ADOPTED IN FULL; and,

9    2.   Defendants' motion to dismiss, filed December 19, 2005,

10  is DENIED IN PART and GRANTED IN PART as follows:

11    a.   Defendant Alameida's motion to challenge service

12  of process is DENIED;

13    b.   Defendants' motion to dismiss plaintiff's First

14  Amendment claim for failure to exhaust is DENIED;

15    c.   Defendants' motion to dismiss plaintiff's Due

16  Process and Equal Protection claims is DENIED;

17    d.   Defendants' motion to dismiss plaintiff's Eighth

18  Amendment claim is GRANTED; and,

19    e.   Defendant Brown and Vogel's motion to dismiss them

20  from this action is DENIED.

21

22  IT IS SO ORDERED.

23  **Dated:   August 28, 2006**        **/s/ Anthony W. Ishii**
    0m8i78                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                                    2