IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY L. RHOADES,** | 1:02-CV-5476 AWI DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **ALAMEIDA, et al.,** | |
| Defendants. | |

The Court finds there is good cause to grant Defendants' request for an extension of time to serve discovery responses on Plaintiff.

Accordingly, Defendants are granted a period of thirty days, to and including May 31, 2007, to file and serve their responses to Plaintiff's request for admissions and interrogatories.

IT IS SO ORDERED.

Dated:   **May 3, 2007**         /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE