# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. RHOADES,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEIDA, et al.,<br><br>    Defendants. | CV F- 02-5476 AWI DLB P<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT |

On January 8, 2007, plaintiff field a motion for leave to amend the complaint to modify the relief sought. Defendants have not responded to the motion. Defendants are HEREBY ORDERED to file a response to plaintiff's motion within 20 days of this Order. Defendants' failure to respond will be construed as non-opposition to the motion.

IT IS SO ORDERED.

**Dated:** **May 3, 2007**          /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE