EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 324-5288
　Fax: (916) 324-5205
　Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendant Adkison, Alameida, Brown and Vogel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY L. RHOADES,** | 1:02-CV-5476 AWI DLB P |
| Plaintiff, | **ORDER** |
| v. | [Doc. 65] |
| **ALAMEIDA, et al.,** | |
| Defendants. | |

The Court finds there is good cause to grant Defendant's second request for an extension of time to serve interrogatory responses on Plaintiff. Accordingly, Defendant is granted a period of two weeks, until June 14, 2007, to file and serve his responses to Plaintiff's request for interrogatories.

IT IS SO ORDERED.

　　Dated:  **June 4, 2007**　　　　　　　　／s／ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1