EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5288
  Fax: (916) 324-5205
  Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Adkison, Alameida, Brown and Vogel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY L. RHOADES,** | 1:02-CV-5476 AWI DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **ALAMEIDA, et al.,** | |
| Defendants. | |

The Court finds there is good cause to grant Defendants' request for an extension of time to file a motion for summary judgment.

Accordingly, Defendants are granted a period of thirty days, to and including August 29, 2007, to file and serve a motion for summary judgment. Defendants are also ordered to respond to plaintiff's discovery motions filed on June 22, 2007 and July 10, 2007 within 20 days of this Order.

02pc5476.ext.rhodes.dm.wpd
SA2005301926

IT IS SO ORDERED.

[Proposed] Order

1

1   Dated:   July 19, 2007              /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

2