1

2

3

4

5

6

7

8

9

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14
        **GREGORY L. RHOADES,**                    1:02-CV-5476 AWI DLB P
15
                                   Plaintiff,       **ORDER**
16
                **v.**
17
        **ALAMEIDA, et al.,**
18
                                  Defendants.
19

20          The Court finds there is good cause to grant Defendants' second request for an

21   extension of time to file and serve their motion for summary judgment.

22          Accordingly, Defendants are granted a period of two weeks, to and including

23   September 12, 2007, to file and serve a motion for summary judgment.

24          **IT IS SO ORDERED.**

25

26

27   02pc5476.ext.rhodes.dm.wpd

28   SA2005318391 IT IS SO ORDERED.

                              [Proposed] Order

                                    1

1    **Dated:**   **September 5, 2007**       **/s/ Dennis L. Beck**

2                                                  UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order