1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  VICKIE P. WHITNEY
   Supervising Deputy Attorney General
5  MEGAN R. O'CARROLL, State Bar No. 215479
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5288
8    Fax:  (916) 324-5205
     Email:  Megan.OCarroll@doj.ca.gov
9
   Attorneys for Defendants Brown, Vogel, Adkison and
10 Alameida

11

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  **GREGORY L. RHOADES,**                    1:02-CV-5476 AWI DLB P

16                            Plaintiff,        **ORDER**

17           **v.**

18  **ALAMEIDA, et al.,**

19                            Defendants.

20

21        The Court finds there is good cause to grant Defendants' request for an extension of

22  time to file and serve a reply to Plaintiff's opposition to Defendants' motion for summary

23  judgment.

24        Accordingly, Defendants are granted a period of thirty days, to and including January

25  4, 2008, to file and serve a motion for summary judgment.

26

27
       IT IS SO ORDERED.
28
       Dated:   **December 10, 2007**          _____ /s/ **Dennis L. Beck** _____

                              [Proposed] Order
                                    1

1    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28