IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY L. RHOADES, | ) | NO. 1:02-CV-05476-AWI-DLB |
| Plaintiff, | ) ) | ORDER SETTING TELEPHONIC JURY INSTRUCTIONS CONFERENCE |
| v. | ) ) | |
| ALAMEIDA, et al., | ) ) | |
| Defendants. | ) ) | Date:  August 17, 2009 Time:  3:00 p.m. |

   On July 6, 2009, the court held a pretrial conference in this action.  At the hearing, the court and the parties decided that a further telephonic hearing concerning jury instructions should be held prior to trial.  Accordingly, the court ORDERS that:

1. Defendant shall file and serve proposed jury instructions by August 3, 2009;

2. Plaintiff may file any response to the proposed jury instructions by August 10, 2009; and

3. A telephonic jury instruction conference is set for August 17, 2009, at 3:00 p.m. Counsel for Defendant is directed to arrange for telephone contact with Plaintiff, and shall initiate the call to (559) 499-5669.

IT IS SO ORDERED.

Dated:   July 7, 2009                          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE