IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. RHOADES,

    Plaintiff,                    No. 1:02-CV-05476-AWI-DLB

    vs.

ALAMEIDA, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Therefore, the court intends to appoint counsel and set this matter for a status hearing. Galia Phillips has been selected by random draw from the court's attorney panel. Both parties shall appear by counsel at the status hearing and be prepared to discuss how this matter should proceed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Galia Phillips shall notify shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if she is unable to accept appointment in this matter, or if she has any questions related to the appointment.

//

//

2. The Clerk of the Court is directed to serve a copy of this order upon Galia Phillips, Keker & Van Nest LLP, 710 Sansome Street, Tenth Floor, San Francisco, CA 94111.

3. The telephonic hearing set for September 8, 2009 at 2:30 p.m. and trial set for September 15, 2009 at 8:30 p.m. remain the same.

IT IS SO ORDERED.

**Dated:   August 20, 2009**                              /s/ Anthony W. Ishii
                                                            CHIEF UNITED STATES DISTRICT JUDGE