**FILED**

SEP 28 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY L. RHOADES,** | 1: 02 -CV- 5476 AWI DLB HC |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF'S ATTENDANCE AT TRIAL** |
| v. | |
| **ALAMEIDA, et al.,** | |
| Defendants. | |

In this action, in order to secure this inmate Gregory L Rhoades' attendance at trial, the court has previously issued a Writ of Habeas Corpus ad Testificandum. Mr. Rhoades was brought to pretrial proceedings on September 28, 2009.

The court ORDERS that Mr. Rhoades be produced to testify before the United States District Court in Courtroom #2, 8th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on Tuesday, September 29, 2009, at 8:30 a.m. and from day to day at 8:30 a.m. until the completion of the trial.

September 28, 2009

_____
Anthony W. Ishii
Chief United States District Court Judge