```
                                    FILED
                              JUDGMENT ENTERED

                              _____(date)_____

                              by _____
                                      Deputy Clerk
                                  U.S. District Court
                              Eastern District of California
                              _____  FILE CLOSED
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GREGORY RHOADES,
            Plaintiff,

vs.                                    **JUDGMENT IN A CIVIL ACTION**

                                       CV-02-5476-AWI/DLB P

ALAMIEDA, ET AL ,
            Defendant.
_____/

     JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

     The jury finds in favor of defendant on his 14th amendment claim and awards damages in the amount of $150.00.

     The jury finds against defendant on his 1st amendment claim.

DATED: 10/2/2009

                                       VICTORIA C. MINOR , Clerk

                                  By:  _____
                                            Deputy Clerk

jgm.civ
2/1/95