IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. RHOADES,<br><br>            Plaintiff,<br><br>    v.<br><br>ALAMEIDA, et al.,<br><br>            Defendants. | NO. 1:02-CV-5476-AWI DLB (P)<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 23, 2009 AND TAKING MATTER UNDER SUBMISSION |

     Defendant has noticed for hearing and decision a motion for judgment as a matter of law. The matter was scheduled for hearing to be held on November 23, 2009. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than November 9, 2009. Plaintiff failed to do so.

     Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

///

///

///

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 23, 2009, is VACATED, and no party shall appear at that time. As of November 23, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 18, 2009**              /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE