```
                                          FILED
                                     JUDGMENT ENTERED

                                     ___(date)_____

                                     by _____
                                              Deputy Clerk
                                         U.S. District Court
                                     Eastern District of California
                                     _____ FILE CLOSED
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GREGORY RHOADES,
        Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

CV-F-02-5476-AWI/DLB P

ALAMIEDA, ET AL,
        Defendant.
_____/

      JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      The Jury finds in favor of Plaintiff on his 14th amendment claim and awards damages in the amount of $150.00

      The Jury finds against Plaintiff on his 1st amendment claim.

DATED: 11/24/2009

Victoria C. Minor, Clerk

By: _____
      Deputy Clerk

jgm.civ